THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARL GIULI,                              :
                                         :
          Plaintiff,                     :   3:23-CV-1785
                                         :   (JUDGE MARIANI)
     v.                                  :
                                         :
JOSEPH MONTAGNA, et al.,                 :
                                         :
          Defendants.                    :

## ORDER

AND NOW, THIS ___8th___ DAY OF JULY 2026, upon consideration of

Defendants' Appeal of the Clerk's Taxation of Costs (Doc. 97) and all relevant documents,

for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY**

**ORDERED THAT:**

1.  Defendants' Appeal of the Clerk's Taxation of Costs (Doc. 97) is **GRANTED IN**

    **PART** and **DENIED IN PART**.

2.  The Appeal is **GRANTED** to the extent the Court **SUSTAINS IN PART** Defendants'

    objection based on third-party witness costs at trial.[1]

3.  The Appeal is **DENIED** to the extent the Court **OVERRULES** Defendants' objections

    based on expert fees and Daubert Hearing transcript costs.

---

[1] As set out in the Memorandum Opinion, the objection is sustained only as to Defendants' entitlement to third-party witness fees, not as to the amount of third-party witness fees now claimed by Defendants. *See infra* nn.5 and 6.

4. The Clerk's taxation of costs in the amount of $978.16 against Plaintiff is

   **AFFIRMED**.

5. The amount of taxable third-party witness costs will be determined by the Clerk of

   Court.

6. This matter is referred to the Clerk of Court for further consideration of the taxable

   amount of third-party witness costs.

Robert D. Mariani
United States District Judge